Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Central District of California

_____ Division

<table>
<tr><td>xiaoxiaozhou<br><br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br><br>-v-<br><br>BINANCE.US<br><br><br><br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names.)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No. <u>2:24-cv-09453-WLH (SKx)</u><br>*(to be filled in by the Clerk's Office)*<br><br><span style="color:red">**IFP SUBMITTED<br>NO CV-30**</span></td></tr>
</table>

FILED
CLERK, U.S. DISTRICT COURT
OCT 31, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ____PD____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | XIAOXIAOZHOU |
| Street Address | 903H BLK SUIYUAN XIAOQU GZ TIANHE TIANYANG R GUANG |
| City and County | GUANGZHOU GUANGDONG CHINA |
| State and Zip Code | GZ 510635 |
| Telephone Number | +8613714998182 |
| E-mail Address | xiazhou891@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

      Name — Binance.us

      Job or Title *(if known)*

      Street Address — 252 NW 29th Miami Street,9th Floor,Suite 905 OR California

      City and County — Miami USA

      State and Zip Code — FL 33127

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 2

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 3

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

Defendant No. 4

      Name

      Job or Title *(if known)*

      Street Address

      City and County

      State and Zip Code

      Telephone Number

      E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Plaintiff xiaoxiao zhou brings this complaint against defendants Binance .us pursuant to the federal civil Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964(c).

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  XIAOXIAO ZHOU                    , is a citizen of the State of *(name)*  GUANGDONG CHINA             .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                              , is incorporated under the laws of the State of *(name)*                              ,

and has its principal place of business in the State of *(name)*
_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                          , is a citizen of the State of *(name)*                        . Or is a citizen of *(foreign nation)*                        .

b.    If the defendant is a corporation

The defendant, *(name)* BINANCE.US , is incorporated under

the laws of the State of *(name)* Florida OR California , and has its

principal place of business in the State of *(name)* USA,It is the shadow of Binance with .

Or is incorporated under the laws of *(foreign nation)* BINANCE operates through an in .

and has its principal place of business in *(name)* California,Washington,Florida...... .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1:Because of BINANCE's fraud, robbery, extortion, and money laundering using accounts without KYC, I lost all my savings and missed trading losses.
2:BINANCE is not regulated, and BINANCE.US is equivalent to BINANCE

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

My case is that BINANCE has carried out extortion and robbery against me under the guise of blockchain. BINANCE is maintained on Amazon Web Services (AWS) servers located in Washington State. These servers serve as the image heart of BINANCE. BINANCE is unregulated, and the existence of BINANCE.US is equivalent to the only existence that can be found after BINANCE splits off.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

In the summer of 2021, because BINANCE has always been invisible, unregulated, and unethical, I can only make a tiny voice on Twitter.Until today, I realized that BINANCE.US is just a cover for BINANCE.

C.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

1Binance told me the thief was willing to compensate me for my loss ;2Binance told me that based on a hash value, my stolen amount is worth 0.97bnb,Blackmail;3 I do not agree with this compensation, Binance manipulated it to take it back; 4 The technician later told me that the amount of funds transferred to Binance was much greater than 0.97bnb ;5 Binance recently cancelled my Binance account ;6 The thief only has a photo and no other identity information,No KYC,The registered place is Nigeria,BINANCE even asked me to go to the Nigerian court ;7 Another founder of Binance Yihe recently revealed on Twitter that there was only 0.98bnb left in the account, so I dug  out2

8 The police asked me to sue them in court, but I didn't know where to go. 9 YIHE set up a kind persona in the letter to the judge and mentioned that such cases are not regulated. 10 I filed a lawsuit in the Western District of Washington, but at the time, Chang Pengzhang was in a California prison.Now he is back in Dubai, but as the founder of BINANCE, he is the largest shareholder of BINANCE.US，Due to ⊞

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Over the years, BINANCE and CHANGPENGZHAO have tried every possible means to evade regulation, win over public opinion, and choose to turn a blind eye to the weak voices. Because BINANCE is not regulated, it has flouted the law, persecuted, robbed, and defrauded the weak. At the age of 38, I was robbed of everything by BINANCE, who was wearing the cloak of blockchain. BINANCE had no intention of returning the money or admitting its mistakes. I should have become a mother that year, but I do not only  miss out on the next trading opportunity and profit , In the past few years, I have experienced the epidemic blockade, economic crisis, deflation, inflation, age discrimination, and a wave of unemployment,PTSD, Enduring great pressure alone.Depression and neurasthenia tortured me. And now my age and condition make it impossible for me to become a mother

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1BINANCE /BINANCE.US extortion, fraud and robbery caused me to miss out on trading losses,If there is no extortion, fraud and robbery by BINANCE, I will reap this profit in the winter of 2021
305827625(raca)*¥0.07481359=¥22880062=$3135467
374168631(floki)*¥0.00248601=¥930186.958=$131219
Matrix plus Box #787 #607 $80000*2=$160000
My trading loss $3426686
2: An award of statutory costs; Any other relief that the court deems just and proper.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        11/01/2024

Signature of Plaintiff        xiaoxiao zhou
Printed Name of Plaintiff        xiaoxiao zhou

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address